ACCEPTED
05-14-00130-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/2/2015 5:09:47 PM
LISA MATZ
CLERK

March 2, 2015

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

3/2/2015 5:09:47 PM

LISA MATZ
Clerk

*Via efile.txcourts.gov*
Lisa Matz
Clerk of the Court
Fifth District Court of Appeals
600 Commerce Street, Suite 200
Dallas, Texas 75202

Re:     Cause No. 05-14-00130-CV; *Kelley/Witherspoon, et al. v. Armstrong International Services, Inc.*

Dear Ms. Matz:

I will be presenting oral argument for the appellee/cross appellant Armstrong International Services, Inc. in this case on Wednesday, March 18, 2015.

Very truly yours,

*/s/ Prater Monning*

B. Prater Monning III

BPM/bg

cc:     Christy Denison          *Via efile.tx.courts.gov*